**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
JOHN HAUBRICH, JR., SB# 228341
  E-Mail: John.Haubrich@lewisbrisbois.com
NICOLE Z. DAVIDSON, SB# 302783
  E-Mail: Nicole.Davidson@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile:  213.250.7900

Attorneys for Defendant, CLUB ASSIST U.S., LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STEVE BROSHOUS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLUB ASSIST U.S., LLC, a Delaware limited liability company, and DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-02503-JAM-EFB<br><br>**AMENDED STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES; ORDER**<br><br>District Judge: The Hon. John A. Mendez<br><br>Action Filed: August 22, 2019<br>Trial Date:    July 12, 2021 |

  Plaintiff, STEVE BROSHOUS ("Plaintiff") and Defendant, CLUB ASSIST U.S., LLC ("Club Assist" or "Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

  1.  On October 9, 2019, Defendant removed this matter from Los Angeles County Superior Court to the United States District Court for the Central District of California ("Central District Court").

  2.  On October 31, 2019, the Central District Court issued an Order to Show Cause This Case Should Not be Transferred to the Northern District of California Pursuant to 28 U.S.C. § 1404(a) (the "OSC"). Following further briefing

by the parties in response to the Central District Court's OSC, on December 12, 2019, District Judge Fischer issued an Order Transferring Case to Eastern District (the "Order of Transfer").

3. On February 20, 2020, the Parties filed their Joint Rule 26(f) report.

4. On February 21, 2020, the Court issued a Civil Trial Scheduling Order setting a jury trial for July 12, 2021. The Court also set an expert disclosure date for December 18, 2020 and a discovery cutoff for February 26, 2021.

5. Due to COVID-19 and Defendant's counsel's maternity leave, the Parties had been unable to schedule depositions and a mediation. The parties have since agreed to proceed with remote depositions, but they have not yet occurred. The parties are exploring settlement via mediation, and require additional time to do so before incurring significant costs engaging in expert discovery under the current schedule.

6. Based on the foregoing, and based on the Court's email of December 9, 2020, the parties respectfully request a continuance of the current trial date and pretrial deadlines as follows:

|  | **Current date** | **Proposed date** |
|---|---|---|
| Jury Trial | July 12, 2021 | October 18, 2021 |
| Dispositive motion filing deadline | March 23, 2021 | June 4, 2021 |
| Discovery completion date | February 26, 2021 | April 23, 2021 |
| Designation of expert witnesses | December 18, 2020 | March 18, 2021 |
| Joint Mid-Litigation Statement Filing Deadline | February 12, 2021 | April 19, 2021 |
| Final Pretrial Conference | May 28, 2021 | August 27, 2021 |

7. The Parties have not requested any prior continuances.

**STIPULATED AND AGREED TO BY:**

DATED: December 16, 2020          THE MYERS LAW GROUP

By:  */s/ Morgan Good*
Morgan Good
Attorneys for Plaintiff, STEVE BROSHOUS

DATED: December 16, 2020          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ *John Haubrich*
John Haubrich
Attorneys for Defendant, CLUB ASSIST U.S., LLC

## ORDER

The current trial date and pretrial deadlines are continued as follows:

|  | **Current date** | **Proposed date** |
|---|---|---|
| Jury Trial | July 12, 2021 | October 18, 2021 at 9:00 AM |
| Dispositive motion filing deadline | March 23, 2021 | June 4, 2021 |
| Dispositive motion hearing | April 20, 2021 at 1:30 PM | July 13, 2021 at 1:30 PM |
| Discovery completion date | February 26, 2021 | April 23, 2021 |
| Designation of expert witnesses | December 18, 2020 | March 18, 2021 |
| Joint Mid-Litigation Statement Filing Deadline | February 12, 2021 | April 19, 2021 |
| Final Pretrial Conference | May 28, 2021 | August 27, 2021 at 11:00 AM |

**IT IS SO ORDERED.**

DATED: December 16, 2020       /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE