**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
　E-Mail: John.Barber@lewisbrisbois.com
JOHN HAUBRICH, JR., SB# 228341
　E-Mail: John.Haubrich@lewisbrisbois.com
NICOLE Z. DAVIDSON, SB# 302783
　E-Mail: Nicole.Davidson@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile:　213.250.7900

Attorneys for Defendant, CLUB ASSIST U.S., LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| STEVE BROSHOUS, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CLUB ASSIST U.S., LLC, a Delaware limited liability company, and DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:19-cv-02503-JAM-EFB<br><br>**THIRD STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES; ORDER**<br><br>District Judge: The Hon. John A. Mendez<br><br>Action Filed:　August 22, 2019<br>Trial Date:　　July 12, 2021 |

　　　　Plaintiff, STEVE BROSHOUS ("Plaintiff") and Defendant, CLUB ASSIST U.S., LLC ("Club Assist" or "Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

　　　　1.　　On October 9, 2019, Defendant removed this matter from Los Angeles County Superior Court to the United States District Court for the Central District of California ("Central District Court").

　　　　2.　　On October 31, 2019, the Central District Court issued an Order to Show Cause This Case Should Not be Transferred to the Northern District of California Pursuant to 28 U.S.C. § 1404(a) (the "OSC"). Following further briefing

4825-7481-3396.1

**THIRD AMENDED STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES; ORDER**

by the parties in response to the Central District Court's OSC, on December 12, 2019, District Judge Fischer issued an Order Transferring Case to Eastern District (the "Order of Transfer").

3. On February 20, 2020, the Parties filed their Joint Rule 26(f) report.

4. On February 21, 2020, the Court issued a Civil Trial Scheduling Order setting a jury trial for July 12, 2021. The Court also set an expert disclosure date for December 18, 2020 and a discovery cutoff for February 26, 2021.

5. Due to COVID-19 and Defendant's counsel's maternity leave, the Parties had been unable to schedule depositions and a mediation, and, accordingly, on December 16, 2020, the parties sought their first continuance of the trial and pretrial deadlines in this matter to proceed with remote depositions and explore settlement via mediation. The Court granted a continuance on December 17, 2020, setting a jury trial for October 18, 2021 and an expert disclosure date for March 18, 2021.

6. Since the Court granted the continuance, the parties conducted Defendant's deposition remotely, scheduled Plaintiff's deposition for March 23, 2021, and have scheduled a mediation for **April 14, 2021** with Chris Barnes.

7. To prevent incurring significant costs engaging in expert discovery under the current schedule prior to engaging in mediation, the Parties respectfully request a 60 day continuance of the current trial date and pretrial deadlines as follows:

|  | **Current date** | **Proposed Date** |
| --- | --- | --- |
| Jury Trial | October 18, 2021 | January 10, 2022 at 9:00 a.m. |
| Dispositive motion hearing |  | September 28, 2021 at 1:30 p.m. |
| Dispositive motion filing deadline | June 4, 2021 | August 6, 2021 |
| Discovery completion date | April 23, 2021 | June 25, 2021 |

| Joint Mid-Litigation Statement Filing Deadline | April 19, 2021 | June 11, 2021 |
| --- | --- | --- |
| Supplemental Disclosure Deadline | | May 7, 2021 |
| Designation of expert witnesses | March 18, 2021 | April 23, 2021 |
| Supplemental Disclosure Deadline | | May 7, 2021 |
| Final Pretrial Conference | August 27, 2021 | November 5, 2021 at 10:00 a.m. |

**STIPULATED AND AGREED TO BY:**

DATED: March 18, 2021            THE MYERS LAW GROUP


                                 By:      /s/ Morgan Good
                                    Morgan Good
                                    Attorneys for Plaintiff, STEVE
                                    BROSHOUS


DATED: March 18, 2021            LEWIS BRISBOIS BISGAARD & SMITH LLP


                                 By:      /s/ John A. Haubrich, Jr.
                                    John A. Haubrich, Jr.
                                    Nicole Z. Davidson
                                    Attorneys for Defendant, CLUB ASSIST
                                    U.S., LLC

## ORDER

The current trial date and pretrial deadlines are continued as follows:

|  | **Current date** | **Proposed Date** |
|---|---|---|
| Jury Trial | October 18, 2021 | January 10, 2022 at 9:00 a.m. |
| Dispositive motion hearing |  | September 28, 2021 at 1:30 p.m. |
| Dispositive motion filing deadline | June 4, 2021 | August 6, 2021 |
| Discovery completion date | April 23, 2021 | June 25, 2021 |
| Joint Mid-Litigation Statement Filing Deadline | April 19, 2021 | June 11, 2021 |
| Supplemental Disclosure Deadline |  | May 7, 2021 |
| Designation of expert witnesses | March 18, 2021 | April 23, 2021 |
| Supplemental Disclosure Deadline |  | May 7, 2021 |
| Final Pretrial Conference | August 27, 2021 | November 5, 2021 at 10:00 a.m. |

**IT IS SO ORDERED.**

DATED: March 18, 2021          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE